UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED MOHIELDEEN ABD ALR AHMED,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security, *et al.*,<br><br>Defendants. | Civil Action No. 21-3209 (RBW) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to transfer and dismiss, and the entire record herein, it is hereby

ORDERED that Defendants' motion to transfer is GRANTED;

ORDERED that the Clerk of the Court shall transfer this action to the United States District Court for the Eastern District of Michigan, where Plaintiff resides; and it is further

ORDERED that Defendants' motion to dismiss is DENIED WITHOUT PREJUDICE AS MOOT and that Defendants shall have leave to refile any appropriate motion to dismiss under Rule 12 within 21 days of this action being docketed with the transferee court.

SO ORDERED:


_____                                                        _____
Date                                                                                                HON. REGGIE B. WALTON
                                                                                                    UNITED STATES DISTRICT JUDGE